FILED
SEP 29 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF TEXAS
__San Antonio__ DIVISION

__Mr. Anthony R. Trejo #555896__
Plaintiff's Name and ID Number

__Bexar County Adult Detention Center__
Place of Confinement

CASE NO. __SA23CA1237 XR__
(Clerk will assign the number)

v.

__United States - President Joe Biden, et. al. - unk address__
Defendant's Name and Address

__Texas Governor - Greg Abbott__
Defendant's Name and Address

__Attorney General - Ken Paxton, unk addresses.__
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: _unk -. about 10/15/1998_
      2. Parties to previous lawsuit:
         Plaintiff(s) _Mr. Anthony Robert Trejo_
         Defendant(s) _Sst. Ronald R. Donoghue ; Dep.-William Wayne Zamzov_
      3. Court: (If federal, name the district; if state, name the county.) _Western / Bexar County_
      4. Cause number: _5:98-cv-00573-PMA_
      5. Name of judge to whom case was assigned: _Magistrate - Pamela A. Mathy_
      6. Disposition: (Was the case dismissed, appealed, still pending?) _Dismissed/will appeal next._
      7. Approximate date of disposition: _December 14, 1999_

2

1. PREVIOUS LAWSUITS:

#2  A. YES.
    B. 1. about September or October (2005).
       2. (Plaintiff) Mr. Anthony Robert Trejo
          (Defendants) TDCJ-ID Director; Sr. Warden; Warden, et.al.
       3. Court: NORTHERN / Dawson County
       4. Cause Number: 5:05-CV-00248-C
       5. Judge: Edward D. Cummings
       6. Disposition: Dismissed w/out Prejudice: capable of repetition yet evading review — counted not a strike, but was. Excuse wrong Grading.
       7. November 18, 2005.

#3  A. YES.
    B. 1. about September 16th, (2016)
       2. (Plaintiff) Mr. Anthony Robert Trejo
          (Defendants): Janssen Pharmaceutical Products, LLP Inc.; TDCJ-ID, Exec. Ms. Janet Price; Provider - Dana A. Butler; Jeffrey L. Pierce; Isaiah Costa; Sgt. Krista M. Tomlinson-Vasquez; Pharmacist(s): unk
       3. Court: Northern / ~~Dawson~~ POTTER County
       4. Cause Number: 2:16-CV-00204-D
       5. Judge: Mary Lou Robinson
       6. Disposition: Dismissed. w/ prejudice. (Default - objected).
       7. July 23, 2018

1. PREVIOUS LAWSUITS:

#4    A. YES.
     B. 1. ~~NOVEMBER 08TH 2021.~~ FEB. 23rd, 2021.
       2. (Plaintiff) Mr. Anthony Robert Trejo
       (Defendants) Office of Inspector General, et. al., Inc.
       3. Court: ~~Northern~~ Western / Bexar County
       4. Cause Number: 21-CV-170-XR
       5. Judge: Xavier Rodriguez
       6. Disposition: pursuant to three strikes w/out prejudice MOOT. ~~about April 21, 2021.~~ Dismissed. (Default/objected) courts order
       7. about April 21, 2021

#5    A. YES.
     B. 1. NOVEMBER 08TH 2021. (about)
       2. (Plaintiff) Mr. Anthony Robert Trejo
       (Defendants) Joe Biden-President, et. al.
       3. Court: Western / Bexar County
       4. Cause Number: 21-CV-1103-FB
       5. Judge: Fred Biery
       6. Disposition: pursuant to three strikes. Dismissed w/out prejudice. (Default/objected)
       7. unk - about Nov. 12th, 2021.

BOTH: #4/#5 #2, and, 2 - Excuse count as "Strike's"; will argue on briefs, if need be upon court orders.

II. PLACE OF PRESENT CONFINEMENT: Bexar County Adult Detention Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Mr. Anthony Robert Trejo, BCADC Jail - 6th Fl. Bk#8 cell, 200 N. Comal St., SA, TX. 78207.

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: (See attached pages)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: (See attached pages)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: (See attached pages)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

#555896
Affidavit of Anthony Robert Trejo

I, Anthony Robert Trejo attest to the aforementioned facts and circumstances to the best of my abilities:

I am in illegal detainment in housing on 6th Fl, Bk unit #08 cell in a Mental Health Custody-Stable Unit, and have been confined in restraint of my liberty, I have known group of conspirator enemies targeting me and my girl(s) Meranda Garcia - Jane Doe white female 41 years of age. I would like for all co-plaintiff's listed in this caption in named complaint are being targeted and isolated external to our own will and jeopardized of our federal rights being exerted and would bring forth a class-action, 42 USC 1983 civil action, and Tort Claims, pendent supplemental jurisdiction - actual case or controversy, Art. 3, Sec. 2, Cl. 1, of the U.S. Constitution. Being a complainant of Racketeer Influenced Corruption Acts and engaging into organized criminal activities by ways of Conspiracy to aid/abett in trafficking acts, see 28 U.S.C. 1961, and 42 USC 1985 Conspiracy against Rights, and 28 USC 1331, etc.—

On December 20, 2020 I began instituted in detainment illegaly for harassment charges and during my stay I have suffered alongs w/ co-plaintiffs, see Caption names, all have been victims, prospective witnesses, and complainants by way of no access to remedial services by the government, although, used the pertaining use of exhaustion of grievance mechanisms offered by the state agency.

pg. 1

My grievances were of not useable accessibilities to effectuate the access-to-grievances or were not of a use to entrusted for proper use of speedy means to be confined of administrative procedural due process and is substantive due process of no way afforded use in exhausting due to not being after exhaustion or implemented became flagrant or capricious punishment to ongoing retaliation intents.

    Numerous dates I have suffered assaults by staff and inmates, which in March 2021, through unknown other dates last of which is commenced on December 24th/25th, 2022. During these I suffered fractured left cheek bone and exrays were tampered with by the unknown staff, and by Crenshaw Mafia Piru Mob - John Doe aka "MO-B" 6'0, 260 lb., scar on stomach and had committed obstruction of correspondence and theft of mail to inmate Alexandra Galan and given to 2 black BloodStone Villains John Doe in AK-09 cell, and deprived of use of Power of Attorney to Ms. A. Galan which I were assaulted by "MO-B" and suffered a hit to my left side of jaw which caused swollen and pain and suffering, and both nostriles bloody after I fell out unconscious outside AK #09 cell and not any Code 2 or Code 1 weren't called. I had been on meds. for depression, paranoia, and caused dizziness and dehydration at that time. I were connected to a C.I.D. - Detective Victor Perez and recorded of injuries on Medical Records Dept., and my letter weren't recovered.

pg. 2

About April 2022 I were assaulted by 6 inmates in C1-Unit on 6th Fl. black inmates Levi - John Doe, Arthur M. and 2 white males John Doe, and Hispanic Male John Doe (Mexican Mafia), etc. I did get injuries of bruises on head and body. I were investigated and rehoused housing assignments.

Sometime I were housed in CD Unit #27 cell and a letter from George L. Salinas Law Firm - receptionist Ms. Georgina - Jane Doe were intercepted by a black male and name were "Chicharrone", Lincoln Court Blood member and Norteno's - John Doe - which later did cause her to be trafficked by conspirators male/female unknown and entered into the jail system for promo of prostitution w/ other females - unknown, to include the group of gangs Norteno's 14, etc. and I picked up details they were in sexual performances inside jail of Bexar County Adult Detention Center - Jail and Annex. Is were Alexandra Galen, Etc.

Mexican Mafia members housed in 2nd Fl. CC Unit, etc. Left side John Doe members had pressured influences by way of bribery or commercial bribery w/ Bhoods, Piru, 210 Oregons, A/C - Aryan Circle and Aryan Brotherhood, and Norteno's in CC Unit Right Side and throughout the facility/Annex. were liable by co-conspiracy to bring in w/ abuse of power, and authority a ongoing threat to security issues, bring in hoarded prostitutes and swingers and escorts business companies, Affecting my stay in the detainment. I also were bissed - or

pg. 3

prejudiced by deceptive or unfair trade practices being prevented sexual affairs and freedom inside the system. All females entering illegal criminal trespassing and escorted or trafficked by employees both male and females, were spreading leakages of information placing me in reckless endangerment and hazardous intent and joint negligence and deliberate/callous indifferences exposing me as a rapist, child molester, private attorney, Snitch, investigator, and mixed motives causing a threat to imminent danger to serious bodily injury(ies) in this entire general population in every housing assignments placed in. (I also noted 6 months or more illegal held in Administrative Segregation BC/CC Unit!) I were blacklisted by staff agent, officials, and inmates. Defamation - Libel/Slanderous occurred curtailing these events and is still ongoing retaliatory intent, up-to-date.

Meranda G. - citizen, daughter by her Jane Doe - and Maria, her daughter of mine, Sabrina - and daughter I have w/ her - Jane Doe, and daughter Gabriela M. Silva Trejo, Linda - child, Stephanie - child, Maria Martinez - adult, Lindsey - adult, Summer Desa Rae Torres Trejo - McElroy?, and Tristan, adult teen, Destiny E. Gomez, Sydney Muniz, adult, Summer E. Flores, teen, Nesse, adult and Elizabeth - adult, Lisa A. - white female militant, Katie, adult, Stephanie - pill nurse - white adult, LVN - Sophia, adult, Meyda - LVN, adult ① Domonique - adult, ② Felissa, adult ③ Ebony - adult any ④ Mandy - adult, all

pg. 4

employees of BPL Plasma Center on W. Commerce St., others, Amy Doyle – employee at Ameriprise Financial at 13333 Blanco Rd. S.A, TX 78227 – also Nellie, adult white females; AAA-1 Bail Bond employees – white female Courtney, Michelle, Regina, etc.; Destiny Ann Desollado – Jane Doe Cpt. of Sheriff and girlfriend/wife, Jessica Ramirez – AAA-1 Bail Bond employee, Ms. Cassie Marie Garcia – employee at Silver Bldg. – Marketing business on Cameron Street in San Antonio, TX., etc. Jane Doe; Victoria Escamilla, wife/girlfriend; Alexandra Galan – inmate in Jail – Bexar County; Georgina – receptionist @ George L. Salinas, et.al. Jane Doe(s) unknown – all are being placed in Aggravated Kidnapping, Solicitations, in imminent danger to serious physical bodily injury(ies) ongoing retaliation, Sexual assaults and Agg. Sexual Assaults, Capital Rape, Capital attempted Murder, Drug Narcotic Trafficking of Sex pills to cause toxins and under influences to serious side effects to hinder or attain sexual arousing – euphoria, etc. inside and outside departments, agency, and Institutions in this Bexar County Jail in different Unit's on 2nd, 3rd, 4th and 6th, 7th Floor and basement Units and Annex, and South Tower all floor Units of housing assignment accorded with in secret places as well for use convenient for sexual performances under the influences, by way of involuntary servitude; peonage or slavery, white slavery, 4th Amendment's Privacy Invasions by all bad actors or participants, as well as myself, Anthony R. Trejo

pg. 5

are being placed in continuous dangerous environments corruptly influences by all foreign/domestic terroristic threat groups in my housing assignments and my co-plaintiffs in corruptly contaminated environments in which need Investigation on all threat groups/officials for infringement of contracts, breach of peace, breach of security, and other places, to wit: Medical Infirmary and Medical Negligence/Malpractices are deprived of my associates-in-fact, co-complainants access to the preservation of medical, mental evidences, during stages of rape examinations coerced into deprival of the detection or uncovering of physical evidences, in part or whole, between security/institutions. All these co-party class-party plaintiffs suffer ongoing threat to imminent dangers pervasively in and outside this Bexar County Jail and outside community societal interests, public/private federal/State interests. My co-plaintiffs are numerously w/counts of rape, assaults, and intentional infliction of emotional distress - emotional distress, pain and physical pain + anguish, anxiety, depression, fury, despair, fear, anger, and traumatization. etc. Ongoing retaliation on all of my listed complainants and myself are repeatedly place in the acts under color of state law, civil and criminal injuries.

Thus, today September 08th, 2023 in 4th Floor, AE Unit #08 cell, etc. my lady girlfriend Amy Doyle is in sexual performance inside this cell housing for unknown date she's trafficking victim retaliated/tampered with pg. 6   by way also witness tampering held as hostage inside his

cell and she is heard by way of telepathy, listening, and other devices stating she's held against her will in this AE Unit #08 cell and these co-defendants, see caption, are thwarting investigations, obstructing investigations, evading detections by trafficking her to other units and cell housings. Obstructing Justice by way of fraud, deceit or trickery acts, by bribery schemes, and money laundering and other means of ongoing favors, profits or benefits. Ms. Amy Doyle is noticed as I call her at her work - Ameriprise Financial, 13333 Blanco Road, in San Antonio, TX. 78227 ph# 210.764.1390 I am in communication by frequent incoming calls in numbers + notice significance that encoded conveyances someone is cover-up intent holding elaboration she is being placed around sexual slavery inside this state agency, having sex w/ my brother, Michael J. Trejo, inmate. Inside Bexar County Jail. In his assigned housing, AE Unit #08 cell.

I'd like to add additional material facts supplemental claims and/or joinder parties, in this civil-action 42 USC 1983, 1985. In fruit of extraordinary circumstances.
~~42 USC~~ · 28 USC 1746 — Unsworn Declaration —

I, Anthony R. Trejo, #555896, located in Bexar County, Texas in Bexar County Adult Det. Center, 200 N. Comal St., SATX 78207, declares under penalty of perjury foregoing is true & correct.
Executed ~ 9-8-23

*Anthony Robert Trejo* #555896
/s/ Complainant — Plaintiff, etc.

pgs. 7 & 7

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

(See Attached pages)

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Appoint Counsel - per 42 USC 1915(d) or (e)(1), Preliminary Injunction, Fed. R. Civ. Proc. Rule 65, Class-Action, Tort Claim, Monetary, Punitive/Exemplary, Compensatory, Liquidated-Unliquidated Damages - Treble Damages. Etc.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Anthony, Tony, Red Rooster, Top Dawg, Topp $1 DawGG'1E, Mr. Mafia, T-Lok, Bacardi, and Top Gun.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
#832287

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): N/A
  2. Case number: N/A
  3. Approximate date sanctions were imposed: N/A
  4. Have the sanctions been lifted or otherwise satisfied? ___YES ✓ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): Northern District
2. Case number: (CA) 18-1048
3. Approximate date warning was issued: unk 9-15-2018

Executed on: 9/08/2023
DATE

_Anthony R. Trejo_
Anthony R. Trejo #555896
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 08th day of September, 2023.
(Day)                    (month)           (year)

_Anthony R. Trejo_
Anthony R. Trejo
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5