# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **ANTHONY R. TREJO, SID #555896,** § § | |
| **Plaintiff,** § § § | **SA-23-CV-001237-XR** |
| v. § § | |
| **PRESIDENT JOE BIDEN, United States, ET AL.,** § § § § | |
| **Defendants.** § | |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order of Dismissal, denying Plaintiff Anthony R. Trejo's Application to Proceed *In Forma Pauperis* and dismissing his 42 U.S.C. § 1983 Complaint pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g), the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Anthony R. Trejo's Application to Proceed *In Forma Pauperis* is **DENIED** and his Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three–strikes dismissal rule of section 1915(g). Plaintiff Anthony Robert Trejo is advised that his Complaint may be reinstated only if the full filing fee is paid simultaneously with the filing of a motion to reinstate within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that the above–entitled cause is hereby **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 3rd day of October, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE